# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 25-0465V

JOHN GARLAND, SHANNON LAND,
and ERIN ALBERT, as Administrators
of the Estate of JOHNNY SCOTT
GARLAND,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: October 23, 2025

---

*Isaiah Richard Kalinowski, Bosson Legal Group, Fairfax, VA, for Petitioner.*

*Lynn Christina Schlie, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

    On March 13, 2025, John Garland, Shannon Land, and Erin Albert, as Administrators of the Estate of Johnny Scott Garland ("Petitioners"), filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioners alleged that Johnny Scott Garland ("Mr. Garland") suffered Guillain-Barré Syndrome ("GBS"), a defined Table injury, or in the alternative caused-in-fact injury, after receiving an influenza ("flu") vaccine on October

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

31, 2023. Petition at 1, ¶¶ 4, 45-46. Petitioners also alleged that Mr. Garland received the vaccine within the United States, that he suffered the residual effects of his GBS until his death on December 6, 2023, and that neither Petitioners nor any other party has filed a civil action or received compensation for Mr. Garland's GBS, alleged as vaccine caused. *Id.* at ¶¶ 4, 44, 48. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 23, 2025, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent "has concluded that [P]etitioners have satisfied the criteria set forth in the Vaccine Injury Table ("Table") and Qualifications and Aids to Interpretation ("QAI"), which afford [P]etitioners a presumption of causation." *Id.* at 8. Respondent further agrees that based on the record as it now stands, [P]etitioner has satisfied all legal prerequisites for compensation under the Act." *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master